# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HELENA KRAMER,                                :

            Plaintiff,          Case No. 3:10-cv-270

                              District Judge Thomas M. Rose
                              Magistrate Judge Michael R. Merz

    -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

            Defendant.     :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #19), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d)("EAJA"), (Doc. 17), be granted and that counsel be awarded $3,049.62 in fees.  No order will enter as to when such fees shall be paid.

September 20, 2011                              *s/THOMAS M. ROSE*

                                                                      Thomas M. Rose
                                                     United States District Judge