IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HELENA KRAMER,

        Plaintiff,                :        Case No. 3:10-cv-270

                                        District Judge Thomas M. Rose
    -vs-                                  Magistrate Judge Michael R. Merz
                                        :

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**ORDER AWARDING ATTORNEY FEES**

---

Pursuant to Plaintiff's unopposed motion for attorney fees (Doc. 21), it is hereby ORDERED that Plaintiff be awarded attorney fees pursuant to 42 U.S.C. § 406(b), in the amount of $7,581.62.

January 13, 2014.

                                                              Thomas M. Rose
                                                              United States District Judge